failure to prosecute in accordance with the rules.

**John R. BITARE, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

**No. 04–3261.**

United States Court of Appeals, Federal Circuit.

June 16, 2004.

Richard P. Schroeder, Principal Attorney, Todd Hughes, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

Richard M. Wilner, Principal Attorney, Wilner & O'Reilly, Cerritos, CA, for Petitioner.

**ORDER**

Order Vacated, See 104 Fed.Appx. 182.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

**Anne Denise KEARNEY, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

**No. 04–3172.**

United States Court of Appeals, Federal Circuit.

June 16, 2004.

Anne Kearney, of Counsel, Colorado Spring, CO, pro se.

Richard J. Martwick, Principal Attorney, Arlington, VA, David M. Cohen, Deborah A. Bynum, Kelly B. Weiss, of Counsel, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.